**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose F. Gutierrez, ) | No. CV06-0085-PHX-SRB |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Martin McDaniel, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

On January 9, 2006, Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 relating to a judgment of conviction entered in state court on January 2, 2001. The government answered on June 22, 2006, and argued that the petition should be dismissed with prejudice because it was untimely filed and there is no basis for equitable tolling.

The Magistrate Judge issued his Report and Recommendation on September 15, 2006, recommending that the petition be dismissed with prejudice because the habeas petition was filed beyond the expiration of the one-year statute of limitations set out in 28 U.S.C. 2244(b)(1)(A). The Magistrate Judge also found that there was no basis for equitable tolling to excuse the late filing of the petition. In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of the Report and Recommendation within which to file specific objections with the Court.

On September 26, 2006, Petitioner filed a Motion for Extension of Time to Appeal, which was denied by this Court in an order filed October 12, 2006, because an appeal was premature. In that order the Court also directed Petitioner to the advice to the parties in the Report and Recommendation that they could file objections within 10 days and noted that no written objections had yet been filed. The order provided additionally, "IT IS FURTHER ORDERED that if Petitioner wishes to file a written objection to the Report and Recommendation he may do so within 10 days of the date of this order."

On October 26, 2006, Petitioner filed a document entitled, "In Reply to a Letter Dated Oct. 12, 2006, From United State District Court" which the Court construes as an objection to the Report and Recommendation because within this document Petitioner states that he still believes his Petition for Writ of Habeas Corpus should be granted based on the issues that he argued in his petition. Petitioner did not address how his petition could possibly be considered in light of its filing beyond the expiration of the applicable statute of limitations.

IT IS ORDERED overruling the objections contained within the filing entitled,"In Reply to a Letter Dated Oct. 12, 2006, From United State District Court."

IT IS FURTHER ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED this 29th day of November, 2006.

_____
Susan R. Bolton
United States District Judge